**Renard NELSON, Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Respondent—Appellee.**

No. 04–8003.

United States Court of Appeals, Fourth Circuit.

Submitted: April 14, 2005.

Decided: April 20, 2005.

Renard Nelson, Appellant pro se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Renard Nelson appeals the district court's order dismissing his petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Nelson v. Stansberry,* No. CA–04–615 (E.D.N.C. Oct. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*